1896.) Action by William G. Davies and others against Francis A. Clark. No opinion. Motion denied.

DE BALAINE, Respondent, v. MANHATTAN RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. March 20, 1896.) Action by Mary A. D. De Balaine against the Manhattan Railway Company and others. A. O. Townsend, for appellants. H. A. Forster, for respondent. No opinion. Judgment modified by reducing the fee damage to $3,500 and the rental damage to $350 a year, and, as so modified, affirmed, without costs.

DELANEY, Respondent, v. STEINWAY RY. CO. OF LONG ISLAND CITY, Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1896.) Action by Bartly Delaney, as administrator of Richard Delaney, deceased, against the Steinway Railway Company of Long Island City. No opinion. Judgment and order affirmed, with costs. All concur.

DONLON, Appellant, v. CONEY ISLAND & B. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 28, 1896.) Action by Joseph Donlon, an infant, etc., against the Coney Island & Brooklyn Railroad Company. No opinion. Judgment affirmed, with costs. All concur.

DOREMUS v. EAMES. (Supreme Court, Appellate Division, First Department. May 1, 1896.) Action by Thomas C. Doremus against Francis L. Eames, as president, etc. No opinion. Motion granted, with $10 costs.

EDER, Respondent, v. McMAHON, Appellant. (Common Pleas of New York City and County, General Term. November, 1895.) Action by Frederick Eder against William McMahon. Henry C. Andrews, for appellant. James Flynn, for respondent. No opinion. Order affirmed.

EISERT, Respondent, v. BRANDT, Appellant. (Common Pleas of New York City and County, General Term. November, 1895.) Action by Alwin Eisert against William H. Brandt. William W. Bryan, for appellant. M. E. Duffy (Wm. J. Lippmann, of counsel), for respondent. No opinion. Appeal dismissed.

In re EISNER (four cases). (Supreme Court, Appellate Division, First Department. March 20, 1896.) In the matter of Eliza Eisner, deceased. No opinion. Motions denied.

ELEVENTH WARD BANK, Appellant, v. POWERS, Respondent. (Supreme Court, Appellate Division, First Department. April 24, 1896.) Action by the Eleventh Ward Bank against John Powers. G. S. P. Stillman, for appellant. T. W. Peyton, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

EQUITABLE LIFE INS. CO. OF UNITED STATES, Appellant, v. JUDSON et al., Respondents. (Supreme Court, Appellate Division. First Department. March 20, 1896.) Action by the Equitable Life Insurance Company of United States against Isabella F. Judson and others. W. C. Prime, for appellant. E. D. Cowman, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

FARMERS' NAT. BANK OF ANNAPOLIS v. VENNER et al. (Supreme Court, Appellate Division, First Department. March 13, 1896.) Action by the Farmers' National Bank of Annapolis against Clarence H. Venner and others. No opinion. Motion granted.

FARRELL, Respondent, v. MANHATTAN RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. May 1, 1896.) Action by Edward D. Farrell against the Manhattan Railway Company and others. L. W. Naylor, for appellants. E. M. Felt, for respondent. No opinion. Judgment affirmed, with costs.

FAY, Respondent, v. MANHATTAN RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. March 20, 1896.) Action by Patrick H. Fay against the Manhattan Railway Company and another. Brainard Tolles, for appellants. E. W. Tyler, for respondent.

PER CURIAM. We are all of opinion that the evidence in this case is entirely insufficient to sustain the decision and judgment. A new trial must be awarded, because the evidence is not of such a character as would justify a modification The weight of evidence is so greatly in favor of the defendants that we must either dismiss the complaint or award a new trial. As the plaintiff may be able to make out a stronger case upon another hearing, the latter course should be adopted. The judgment will therefore be reversed, and a new trial ordered, with costs to the appellants to abide the event.

FIFER, Respondent, v. PRUDENTIAL INS. CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1896.) Action by Margaret Fifer, as administratrix, etc., against the Prudential Insurance Company of America. No opinion. Order affirmed, with $10 costs and disbursements, upon authority of Howard v. Insurance Co., 1 App. Div. 135, 37 N. Y. Supp. 832. All concur.

FINDER, Respondent, v. FIDELITY & CASUALTY CO., Appellant. (Supreme Court, Appellate Division, Third Department. April 14, 1896.) Action by William Finder, Jr., against the Fidelity & Casualty Company. No opinion. Judgment and order affirmed, with costs. All concur.

FITZGERALD, Appellant, v. TIMONEY, Respondent. (Common Pleas of New York City and County, General Term. November, 1895.) Action by Ella V. Fitzgerald against John H. Timoney. Francis C. Devlin, for appellant. W.